**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **HAITENG WU,** | **MISC. NO.** |
| **TEANG LIU, and** | **FILED UNDER SEAL** |
| **JIAHONG CAI,** | |
| Defendants. | |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Stephen Cohen, being duly sworn, hereby depose and state as follows:

**I.      IDENTITY OF THE AFFIANT**

1. I have been a Postal Inspector with the United States Postal Inspection Service ("USPIS") since 2016. I am currently assigned to the Columbia, Maryland office of the Washington Division Fraud Team. I am responsible for investigating various fraud-related offenses, including offenses involving mail fraud, wire fraud, bank fraud, work-at-home schemes, charity fraud, credit card fraud, investment fraud, fraud involving elderly victims, lottery fraud, and telemarketing fraud. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a). I am therefore authorized to make applications for search and seizure warrants and to serve arrest warrants.

2. I am assigned to this investigation and my involvement has included, among other activities, interviewing witnesses, conducting surveillance, reviewing financial records, and inspecting packages. This investigation is being conducted jointly by USPIS and the United States Department of Homeland Security, Homeland Security Investigations ("HSI").

3. The facts and information contained in this affidavit are based on my personal knowledge of the investigation and the observations and reports of other law enforcement officers. This affidavit is not intended to include each and every fact and matter observed by me or known to the government relating to the subject matter of this investigation. Instead, this affidavit contains only those facts which are necessary to establish that probable cause exists.

## II.   REASON FOR THE AFFIDAVIT

4. This affidavit is made in support of a criminal complaint charging HAITENG WU, TEANG LIU, and JIAHONG CAI with conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349. This affidavit is also submitted in support of arrest warrants.

5. HAITENG WU is also known as "Adam Wu" and "Sing Sing Tsui." JIAHONG CAI is also known as "Lily Cai," "Elaine Cai," "Anna Wu," and "Eniyen Cai." WU and CAI are married and reside in Virginia. TEANG LIU also resides in Virginia.

6. Since at least in or about August 2016 through summer 2019, WU, LIU, CAI, and others schemed and conspired to defraud Apple Inc. ("Apple") out of new iPhones. The manner and means by which they carried out the scheme involved obtaining iPhones that were out-of-warranty and/or which contained counterfeit parts (collectively hereinafter "suspected counterfeit phones") and returning those suspected counterfeit phones to Apple, either in person at Apple retail stores or through private and commercial interstate carrier, under the false pretense that the suspected counterfeit phones were under warranty and should be replaced due to malfunction or other reason. Apple, wrongly believing that the person submitting the replacement request was entitled to a replacement, responded by providing a new iPhone either in person at an Apple retail store or by shipping a new iPhone to addresses provided by the conspirators and their confederates. WU, LIU, CAI, and their confederates have thereby defrauded Apple out of more than 2,500 new iPhones and attempted to defraud Apple out of more than 600 additional iPhones.

### III.  BACKGROUND

7. An Apple Brand Integrity Investigator ("Apple Investigator") advised law enforcement of a general fraud scheme where individuals in various parts of the United States receive suspected counterfeit phones from Hong Kong and then submit those phones to Apple for repair under the ruse that the phones are not functioning properly, all with the goal of getting Apple to provide them with genuine replacement iPhones. WU, LIU, CAI, and their confederates have been involved in this type of scheme in the Washington, D.C., metropolitan area.

8. As part of the scheme, international packages containing suspected counterfeit phones were shipped from Hong Kong to the United States through DHL Express ("DHL"), which offers international courier, parcel, and express mail services. DHL has processing facilities in Northeast, Washington, D.C. ("DHL-DC") and Herndon, Virginia ("DHL-Herndon"). HSI agents intercepted numerous packages at the DHL-DC and DHL-Herndon facilities bound for the suspects in this investigation. Your affiant accompanied HSI agents during the interception of numerous packages.  Upon intercepting these packages, law enforcement typically recorded each suspected counterfeit iPhone's International Mobile Equipment Identity ("IMEI") number and then allowed the shipments to be delivered to the intended recipients. The government then provided Apple with the IMEI numbers in an effort to see if any of the suspected counterfeit phones were submitted to Apple for repair. In response to legal process, Apple, in turn, provided the government with information about the returns, including what names and addresses were used in conjunction with the returns.

9. Each iPhone has two unique identifiers that can be used to identify the product for service, the IMEI number and serial number. Both identifiers are assigned to the device but have no permanent relation to the subscriber possessing the device. Depending on the model of the phone, the IMEI number can be located (1) on the rear enclosure, (2) on the removable SIM tray,

or (3) if the device can be fully powered on, by using software in the settings of the device.[1] The serial number can be identified (1) by using a hardware diagnostic tool called Serial Number Reader; (2) if the device can be fully powered on, by using software in the settings of the device; or (3) by using an internal search tool that requires opening the device to scan a QR code containing the serial number of the main logic board.

10. Under its warranty service and handset replacement program, Apple attempts to ensure a customer promptly receives a repaired or replacement phone upon Apple receiving a non-functioning phone for repair. Apple can reject a phone for repair and/or replacement if it determines that the device has been modified or is counterfeit. Apple has reported that a sampling of some of the suspected counterfeit phones submitted to Apple as part of this investigation suggests that the vast majority of suspected counterfeit phones each contained a "spoofed" IMEI number and serial number, i.e., duplicate numbers associated with an existing iPhone that was in-warranty at the time of the returns to Apple. In other words, the IMEI and serial numbers on the suspected counterfeit phones submitted for replacement belonged to other customers with in-warranty iPhones. Thus, when Apple employees conducted a preliminary review of these returned phones, the spoofed numbers led Apple to believe that the devices were legitimate iPhones, which were under warranty, and thus, were eligible for replacement iPhones.

11. Apple offers customers multiple ways to submit an iPhone for repair or replacement under its warranty service and handset replacement program. A customer can (1) ship the phone back to Apple via the United Parcel Service ("UPS") at no cost to the customer; (2) take a phone to an Apple retail store, or (3) take a phone to an authorized Apple Service provider.

---

[1] In fall 2018, Apple released the iPhone XS and XR; those phones and subsequent generation iPhones contain two IMEI numbers.

12. To ship a phone via UPS, a customer must go to the iPhone Repair section of Apple's website and provide some initial information about what is wrong with the phone. The customer must log in with the customer's Apple ID, but to the extent the customer does not have an Apple ID, the customer can create one by supplying a first and last name and an email address. The customer must then supply an IMEI number, an address, phone number, and email address. Once that information is supplied, Apple creates a repair order number. A customer can take the repair order number to a UPS Store and UPS will take care of packaging the phone and shipping it back to Apple. Alternatively, a customer can have Apple send the customer a box and shipping label, which the customer can then provide to UPS. If Apple determines that a replacement phone is warranted, it will ship the phone to whatever shipping address was provided by the customer.

13. To return a phone to an Apple retail store, a customer must make an appointment in one of two ways. The customer can walk into an Apple retail store and schedule an appointment by supplying a name and email address; the customer has the option of providing a phone number. If the required store personnel are available, the appointment can occur immediately. A customer also can schedule an appointment online before going to an Apple Store by visiting the iPhone Repair section of Apple's website and providing some initial information about what is wrong with the phone. The site requires the customer to log in with the customer's Apple ID, but to the extent the customer does not have an Apple ID, the customer can create one by supplying a first and last name and an email address. The customer then must select the location of an Apple retail store to which the customer will bring the phone and a time for the appointment. Once the customer arrives at the Apple store, the customer checks in. Regardless of whether an appointment is scheduled online or in person, when the customer ultimately presents an Apple Store employee with the customer's phone, the Apple system will determine whether it can be repaired in the store. If the

phone cannot be repaired, a replacement phone may be issued immediately as long as the phone is under warranty. Alternatively, the phone may be sent to one of Apple's repair facilities for further evaluation. If the phone is out of warranty, the customer can pay to have the phone repaired and/or replaced.

14. Apple flags potentially fraudulent warranty returns based on a variety of factors. This can result in Apple rejecting any requests to repair and/or replace a phone from a particular individual or address. In an apparent response to this safeguard, fraudsters often use multiple addresses and name variations in furtherance of schemes to defraud Apple. In this investigation, WU, LIU, CAI, and other conspirators and confederates have used UPS Stores throughout Washington, D.C., Maryland, and Virginia: (1) to receive suspected counterfeit iPhones from Hong Kong, (2) to ship suspected counterfeit iPhones to Apple, and/or (3) to receive genuine replacement iPhones from Apple.

15. Apple reviewed the IMEI numbers of some, but not all, of the suspected counterfeit iPhones intercepted by law enforcement throughout the course of this investigation. Apple confirmed that some intercepted phones contained spoofed IMEI and serial numbers associated with other existing iPhones that were in-warranty at the time of the returns to Apple. In addition, Apple analyzed a small sampling of iPhones recovered throughout the course of this investigation and confirmed that all but one of those phones contained counterfeit components.

## IV.     FACTS SURROUNDING PROBABLE CAUSE

16. The investigation identified suspected counterfeit iPhones that were shipped from Hong Kong to WU or CAI and then submitted to Apple for replacement under the name of WU, LIU, CAI, another conspirator, a confederate, or an unknown third-party.

17. WU opened at least five UPS Store mailboxes in 2016 in Virginia and Maryland. I have reviewed applications associated with four of those mailboxes. Two of the applications

included a copy of WU's Virginia driver's license that was issued in July 2016. The other two applications included a copy of WU's Virginia driver's license that was issued in October 2016.

18.     CAI opened at least one UPS Store mailbox in 2017 and two in 2018 in Virginia. I have reviewed applications associated with all three mailboxes. One application included a copy of CAI's Virginia driver's license. Another application included a copy of CAI's U.S. Visa.

19.     LIU opened at least nine UPS Store mailboxes in Washington, D.C., and 15 UPS Store mailboxes in Virginia in 2016, including ten mailboxes at different locations on the same day. LIU also opened additional mailboxes at non-UPS stores. I have reviewed applications associated with LIU's 24 UPS Store mailboxes. Each included a copy of his Maryland driver's license and/or another government-issued photo identification document, such as his passport. Many of LIU's mailbox applications listed other individuals and companies that he authorized to receive packages at those mailboxes. The investigation revealed that Apple shipped replacement phones to some of these "companies" at UPS Store mailboxes leased by LIU.

20.     On or about August 23, 2016, an HSI Special Agent was performing border inspections on inbound international shipments at the DHL-Herndon processing facility when he discovered a package containing 37 suspected counterfeit iPhones. The package originated from Hong Kong and was addressed to WU at an address in Centreville, Virginia. According to Apple, it received repair orders for 35 of the 37 IMEI numbers and replaced 33 iPhones. Apple shipped eleven of the replacement phones to addresses in Washington, D.C., including ten to UPS Store mailboxes leased by LIU. In total, Apple shipped two replacement phones to WU's then-home address, 26 replacement phones to 14 different UPS Store mailboxes leased by LIU, one replacement phone to an address that LIU listed on a UPS Store mailbox application, and two replacement phones to another conspirator. Different email addresses were provided to Apple in

conjunction with the return of all but one of the phones; each email address consisted of a random set of characters followed by "@sina.com." Apple confirmed that nine of the phones that were submitted for warranty repair contained spoofed serial numbers/IMEI numbers and that the replacement phones for those nine were shipped to addresses in Washington, D.C.

21. On or about August 29, 2016, U.S. Customs and Border Protection ("CBP") officers were conducting inbound international package inspections at the DHL-Herndon processing facility and encountered a shipment containing 20 suspected counterfeit iPhones. The package originated from Hong Kong and was destined for WU's then-home address. CBP detained the phones and deemed them counterfeit based on trademark violations of the Apple iPhone logo. CBP seized the phones and sent a Notice of Seizure to WU at his then-home address via certified mail. On or about October 6, 2018, an individual signed the return receipt for the Notice of Seizure and printed his name as "Haiteng Wu."

22. In or about the fall of 2016, LIU brought WU to a UPS Store located in Vienna, Virginia, to open a mailbox. In or about January 2017, LIU brought CAI to the same UPS Store to open a mailbox. As part of the scheme, Apple shipped at least 20 authentic replacement phones to LIU and four authentic replacement phones to WU at this UPS Store.

23. On or about December 13, 2016, a law enforcement agent inspected an international inbound package at DHL-DC. The package was shipped from Hong Kong and was addressed to WU at a UPS Store in Silver Spring, Maryland. The package contained 25 suspected counterfeit iPhones, 23 of which were submitted to Apple for replacement. Apple replaced all 23 phones, which the company shipped to a UPS Store in Arlington, Virginia, to variations of LIU's name, such as "teann g liu," "tea ng liu," and "ng liu tea." Apple confirmed that approximately 22 of the 23 phones submitted to it for replacement contained spoofed serial numbers/IMEI numbers.

24. On or about January 13, 2017, law enforcement agents inspected four international packages originating from Hong Kong at DHL-DC. Two packages were addressed to WU at UPS Stores in Silver Spring, Maryland; two were addressed to WU at a UPS Store in Wheaton, Maryland. The packages contained a total of 62 suspected counterfeit iPhones. Apple indicated that it received repair orders for 58 of the 62 IMEI numbers. Repair orders for a few of the IMEI numbers were submitted more than once. Apple ultimately rejected 13 repair orders and shipped 51 replacement phones. The names submitted to Apple on approximately 26 of the phones were variations of CAI's name, such as "Jia Hong CAI," "Jiahon Cai," and "caicai jiahong." The addresses submitted to Apple in conjunction with those phones were variations of WU's address at the time. Apple confirmed that approximately 16 of the phones submitted for repair under CAI's name contained spoofed serial numbers/IMEI numbers.

25. On or about March 1, 2017, law enforcement agents inspected a package at DHL-DC. The package was from Hong Kong and addressed to WU at a UPS Store in Silver Spring, Maryland. The contents of the package were described as "Bedding Bag1PCS" on the shipping label. The package contained a bag, consisting of both a bedding set and a small plastic bag, which contained 23 SIM Card Trays. All 23 of these SIM Card Trays contained IMEI numbers. According to Apple, 21 of the 23 SIM Card Trays were returned to Apple inside phones that were submitted for repair. Of the 21 submitted for repair, ten were replaced by Apple; eleven were rejected. Of the ten that were replaced, eight were shipped to a UPS Store in Arlington, Virginia, to variations of LIU's name, such as "Teanng Liu," "Liue Teanng," and "Liue Teangng."

26. On or about March 3, 2017, law enforcement agents inspected a package at a FedEx facility in Northeast Washington, D.C. The package was from Hong Kong and addressed to WU at a UPS Store in Silver Spring, Maryland. The package contained three suspected counterfeit

iPhones, one of which was replaced at the Apple Store in Pentagon City in conjunction with a customer using one of CAI's known email addresses.

27. On or about November 23, 2017, Apple sent LIU a cease and desist letter informing him that he had imported counterfeit Apple phones from Hong Kong and asking that he refrain from doing so in the future.

28. On or about January 9, 2018, law enforcement agents inspected two packages at DHL-Herndon. Both packages were from Hong Kong and addressed to WU at his residence in McLean, Virginia. One package contained 32 Sim Card Trays; the other contained 51 SIM Card Trays. All of the SIM Card Trays had IMEI numbers listed on them. Apple indicated that 52 of the 83 SIM Card Trays were returned to Apple inside phones that were submitted for repair. Of the 52 submitted for repair; 50 were returned to Apple Stores throughout the United States for replacement.

29. On or about January 12, 2018, law enforcement agents inspected a package at DHL-Herndon. The package was from Hong Kong and addressed to CAI at a UPS Store in Falls Church, Virginia. The package contained six suspected counterfeit iPhones. Apple informed law enforcement that five of the six phones were returned for repair using variations of WU's and LIU's names, specifically, "Huaiwenn Liu," "Haitngwu Wu," "Haitng Wuu," and "Adamm Wu." The replacement phones were sent to UPS Stores in Silver Spring, Maryland, to mailboxes rented by WU, and to an apartment complex in Crystal City, Virginia. Apple confirmed that two of the phones submitted for repair contained spoofed serial numbers/IMEI numbers.

30. On or about January 31, 2018, law enforcement agents inspected two packages at DHL-Herndon. Both packages were from Hong Kong and addressed to "Sing Sing Tsui" at a UPS Store in Falls Church, Virginia. Both packages contained 20 phones. WU, identifying himself as

"Sing Sing Tsui," picked up both parcels on February 1, 2018. For identification, WU presented a Hong Kong permanent identity card with his photograph and the name "Sing Sing Tsui." Of the 40 phones that were received by "Sing Sing Tsui," 26 were returned to Apple Stores throughout the United States for replacement.

31. On or about March 14, 2018, an HSI agent inspected a package at DHL-Herndon. The package was from Hong Kong and addressed to Sing Sing Tsui at a UPS Store in Falls Church, Virginia. The package contained 10 phones. Apple confirmed that nine of the ten phones contained spoofed serial numbers/IMEI numbers. Those nine IMEI numbers were used in connection with a total of twelve repair orders received by Apple; three IMEI numbers were submitted twice. Apple ended up issuing eleven replacement phones, including to "Hai Teng w," "Adam W u," and "Hateng wu." The replacement phones that were issued to WU were shipped to UPS Store mailboxes in Maryland.

32. On or about March 27, 2018, a law enforcement agent observed CAI attempt to return an iPhone to an Apple Store in Reston, Virginia. The Apple Store employee rejected the phone because it appeared to have modifications and non-Apple parts.

## V. CONCLUSION

33. Based upon the facts and circumstances contained in this affidavit, your affiant believes there is probable cause to issue arrest warrants for HAITENG WU, TEANG LIU, and JIAHONG CAI, for violating 18 U.S.C. § 1349 (Conspiracy to Commit Mail Fraud).

Respectfully submitted,

_____
Postal Inspector Stephen Cohen
United States Postal Inspection Service

Sworn to and subscribed before me this _____ day of December, 2019.

_____

UNITED STATES MAGISTRATE JUDGE